IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JAMES MARTIN                                                                                          PLAINTIFF

VS.                                        3:15-CV-00318-BRW

1220 EXHIBITS, INC.                                                                                DEFENDANT

## ORDER

Based on the findings of fact and conclusions of law made in the telephone conference held today, Defendant's Motion for Summary Judgment (Doc. No. 25) is GRANTED IN PART and DENIED IN PART. Based on Plaintiff's concession, summary judgment is granted on the breach-of-contract claim and denied as to all other claims.

Trial on those claims will commence at 9 a.m., Thursday, May 26, 2016.

IT IS SO ORDERED this 27th day of April, 2016.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE